**11 CIV 9138**

JUDGE CARTER

Richard S. Mandel (rsm@cll.com)
Meichelle R. MacGregor (mrm@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
1133 Avenue of the Americas
New York, NY 10036
(212) 790-9200
*Attorneys for Plaintiff MLB Advanced Media, L.P.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MLB ADVANCED MEDIA, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ALLIED PACIFIC SPORTS BASEBALL NETWORK LTD., <br><br> Defendant. | Civil Action No. <br><br> **RULE 7.1 STATEMENT** |



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for plaintiff, MLB Advanced Media, L.P., certifies that plaintiff has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: December 14, 2011
      New York, New York

Respectfully submitted,

COWAN LIEBOWITZ & LATMAN, P.C.

By: _____
Richard S. Mandel (rsm@cll.com)
Meichelle R. MacGregor (mrm@cll.com)
1133 Avenue of the Americas
New York, New York 10036-6799
Tel: (212) 790-9200
Fax: (212) 575-0671

*Attorneys for Plaintiff MLB Advanced Media, L.P.*

24478/013/1282028.1