UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MLB Advanced Media, L.P.
     *Plaintiff,*

  -v.-

Allied Pacific Sports Baseball Network Ltd.,
     *Defendant.*
-----------------------------------------------------------------X

1-22-14

11 Civ. 9138 (ALC) (RLE)

ORDER ENTERING DEFAULT JUDGMENT

**ANDREW L. CARTER, JR., United States District Judge:**

    On December 14, 2011, Plaintiff MLB Advanced Media, L.P. ("Plaintiff") filed a complaint against Defendant Allied Pacific Sports Baseball Network Ltd. ("Defendant"), alleging material breach of a licensing agreement and seeking $20,500,000 in compensatory damages. On May 8, 2012, Plaintiff filed proof of service, showing that the complaint had been served on Defendant on February 9, 2012. Defendant did not timely answer the Complaint and on May 9, 2012, the Clerk of the Court issued its certificate of default. On July 31, 2013, this Court issued an Order to Show Cause why default judgment should not be entered. Defendant did not respond or otherwise move the Court to oppose entry of default judgment. Nor did Defendant appear at the Order to Show Cause hearing held October 2, 2013. On January 7, 2014, an inquest hearing was held at which Plaintiff established damages.

    For the reasons stated, it is ORDERED that default judgment is entered against the Defendant in the amount of $26,000,148.80, plus costs of $380.00 and post-judgment interest.

SO ORDERED.

Dated:    January 22, 2014
             New York, New York

                             ANDREW L. CARTER, JR.
                             United States District Judge